-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES M. WEST, ABDUL M. SHARIFF, and
DIVINE C. ALLAH, on behalf of themselves and all other
persons similarly situated,

                    Plaintiffs,

                                                        05-CV-0447Sc

           -v-
                                                        MEMORANDUM and ORDER

GLENN S. GOORD, et al., ,

                    Defendants.

---

Plaintiffs James M. West, Abdul M. Shariff and Divine C. Allah who are inmates at

the Five Points Correctional Facility, have submitted to the Court a complaint, which

appears to be signed by all three plaintiffs. (Docket No. 1). However, only plaintiff James

West has submitted an affidavit of poverty seeking permission to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915(a), and a signed authorization, pursuant to 28

U.S.C. § 1915(b), authorizing the institution in which the plaintiff is confined to pay a

$150.00 filing fee[1] from his inmate account. (Docket No. 2). *See* the attached Notice.

**Plaintiffs Abdul Shariff and Divine C. Allah**

Because plaintiffs Abdul Shariff and Divine C. Allah have not submitted an affidavit

of poverty seeking permission to proceed *in forma pauperis,* pursuant to 28 U.S.C. §

1915(a), and a signed authorization, pursuant to 28 U.S.C. § 1915(b), authorizing the

---

[1]As further addressed below, the filing fee has been increased to $ 250.00 for all civil actions filed on
or after February 7, 2005.

Dockets.Justia.com

institution in which they are is confined to pay the **$250.00** filing fee from their inmate accounts this action cannot proceed on their behalf unless and until they each file with the Court both an application to proceed *in forma pauperis* and an authorization **by July 27, 2005**.

The Clerk of the Court is directed to send to plaintiffs Abdul M. Shariff and Divine C. Allah, a new form application to proceed as a poor person and a prisoner authorization form.

By **July 27, 2005**, plaintiffs Abdul M. Shariff and Divine C. Allah must **either** submit both an application to proceed *in forma pauperis* and a prisoner authorization form **or** pay the full filing fee of $ 250.00. These two plaintiffs are forewarned that their failure to comply with this order by either submitting both the application to proceed *in forma pauperis* and prisoner authorization form or paying the filing fee by the designated date will result in the dismissal of this case on their behalf without prejudice.

If plaintiffs Abdul M. Shariff and Divine C. Allah have not complied with this order by **July 27, 2005**, the Clerk of the Court is directed to dismiss either one or both of them as plaintiffs (depending on which one, if either of them, complies with this order) without further order.

**Plaintiff James West**

As noted in footnote 1, *supra*, effective **February 7, 2005**, the filing fee for civil actions increased from $ **150.00 to $ 250.00** for all civil actions filed on or after **February 7, 2005**. Plaintiff James West's authorization authorizes the institution to deduct only

2

$ 150.00 from his inmate account.  Before this action can proceed on behalf of plaintiff

James West the Court must receive another signed Authorization from him by **July 27,**

**2005** authorizing the institution in which the he is confined to pay the full **$250.00** filing fee,

instead of the $ 150.00 filing fee previously authorized by him.

The Clerk of the Court is directed to send a new prisoner authorization form to

plaintiff James West.

Accordingly, plaintiff James West has until **July 27, 2005** to furnish the Court with

another signed Authorization (a copy of which is attached hereto) authorizing the institution

in which the plaintiff is confined to pay the full $250.00 filing fee.  If the Court does not

receive another signed Authorization, on or before such date, **plaintiff James West will**

**be dismissed as a plaintiff in this action without further notice** to him and, if any part

of the filing fee has already been submitted to the Court from the institution, it will be

returned to the institution for deposit in the plaintiff West's inmate account.

IT IS HEREBY ORDERED, that the Clerk of the Court is to dismiss plaintiff Abdul

M. Shariff from this action after **July 27, 2005** if he has not provided the Court with both

an application to proceed *in forma pauperis* and a signed Authorization **or** has not paid the

full filing fee of $ 250.00 by that date;

FURTHER, that the Clerk of the Court is to dismiss plaintiff Divine C. Allah from this

action after **July 27, 2005** if he has not provided the Court with both an application to

proceed *in forma pauperis* and a signed Authorization **or** has not paid the full filing fee of

$ 250.00 by that date;

3

FURTHER, that the Clerk of the Court is to dismiss plaintiff James West from this action after **July 27, 2005** if he has not provided the Court with another signed Authorization.

SO ORDERED.

DATED:       Buffalo, New York
             _June 27_, 2005

_____
JOHN T. ELFVIN
UNITED STATES DISTRICT JUDGE

4