UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES M. WEST (89-A-6906),

        Plaintiff,   **NOTICE OF MOTION**

  v.   Case No. 05-cv-447

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,

        Defendant.
_____

       PLEASE TAKE NOTICE that, upon the declaration of Daniel R. Maguire, sworn to January 9, 2018, with exhibits attached thereto, Plaintiff will move this Court before the Hon. Frank P. Geraci, Jr., Chief United States District Judge, at the United States Courthouse, 2 Niagara Square, in Buffalo, New York, on January 16, 2018, or at such time and date as the Court shall direct for an order:

       1.    Striking Defendant's affirmative defense that Plaintiff failed to exhaust his administrative remedies; and

       2.    Granting such other and further relief as the Court deems just and proper.

- 2 -

| | |
|---|---|
| Dated: Buffalo, New York<br>January 9, 2018 | PHILLIPS LYTLE LLP<br><br>By: */s/ Daniel R. Maguire*<br>    Amanda L. Lowe<br>    Daniel R. Maguire<br>    James E.B. Bobseine<br>Attorneys for Plaintiff<br>*James M. West*<br>One Canalside<br>125 Main Street<br>Buffalo, New York 14203-2887<br>Telephone No. (716) 847-8400<br>alowe@phillipslytle.com<br>dmaguire@phillipslytle.com<br>jbobseine@phillipslytle.com |

TO:   Attorney General of the State of New York
       Denetra D. Roberts
       Main Place Tower, Suite 300A
       350 Main Street
       Buffalo, NY 14202
       Denetra.Roberts@ag.ny.gov

Doc #01-3091947.1