UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES WEST, 89-A-6906,

                Plaintiff,

                                              05-CV-447

    -vs.-

DOCCS,

                Defendants.
_____

## MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | Defendant New York State Department of Corrections and Community Supervision ("DOCCS") |
| RELIEF SOUGHT: | An Order dismissing this case with prejudice for lack of subject matter jurisdiction pursuant to FRCP 12 (h)(3). |
| WHEN RETURNABLE: | TBD |
| WHERE RETURNABLE: | Hon. Frank P. Geraci, Jr.<br>United States District Court<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law,<br>Declaration of Denetra D. Roberts |

DATED:    January 18, 2018
                Buffalo, New York

                                                ERIC T. SCHNEIDERMAN
                                                Attorney General of the State of New York
                                                *Attorneys for Defendant DOCCS*
                                                BY:
                                                /s/ *Denetra D. Roberts*
                                                DENETRA D. ROBERTS
                                                KIM S. MURPHY
                                                Assistant Attorney General of Counsel

Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8400
Denetra.Roberts@ag.ny.gov
Kim.Murphy@ag.ny.gov